IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-2529-AP**

**BENJAMIN W. SWAN,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

---

**ORDER**

---

Kane, J.

The Unopposed Motion for Fees Under the Equal Access to Justice Act, (doc. #20), filed April 9, 2013, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$5,233.00**.

Dated at Denver, Colorado, this 10th day of April, 2013.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT