# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: **12-cv-02529-JLK**

**BENJAMIN W. SWAN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        Defendant.

## ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) filed November 12, 2015 (Doc. 22).

The Court hereby

**ORDERS** that the Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due benefits, after subtraction for EAJA fees paid, an additional amount of $20,314.50 under 42 U.S.C. § 406(b) for representation in this Court.

DATED at Denver, Colorado, this 12th day of November, 2015.

BY THE COURT:

_John L. Kane_
THE HONORABLE JOHN L. KANE
SENIOR U.S. DISTRICT COURT JUDGE